UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 APR 25 AM 10: 52

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Magistrate Case No. |
| Plaintiff, | **'08 MJ 1289** |
| v. | COMPLAINT FOR VIOLATION OF: |
| **Mario VERA-Godinez,** | Title 8 U.S.C., Sec. 1324 (a)(1)(A)(ii) Transportation of Illegal Aliens |
| Defendant(s) | |

The undersigned complainant, being duly sworn, states:

On or about **April 23, 2008,** within the Southern District of California, defendant **Mario VERA-Godinez** with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, **Juan MARTINEZ-Rangel, Jaime ZAMBRANO-Rodriguez,** and **Elias LOZANO-Rangel** had come to, entered and remained in the United States in violation of law, did transport and move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **25th** DAY OF **APRIL 2008**

Jan M. Adler
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

Furthermore, the complainant states that **Juan MARTINEZ-Rangel, Jaime ZAMBRANO-Rodriguez,** and **Elias LOZANO-Rangel** are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On April 23, 2008 at approximately 11:45 am, San Diego Sector North County Smuggling Interdiction Group (SIG) Agents were working in the Murrieta Border Patrol Station area of responsibility. SIG Agents were working in unmarked Agency vehicles and in a plain clothes capacity. SIG Supervisory Agent A. Velez was traveling northbound on Interstate 15 near Fallbrook, California when he noticed a vehicle gold 2002 GMC Yukon Denali bearing a California license plate.

SIG Agent Velez pulled up beside the vehicle and noticed silhouettes of what appeared to be people lying down in the rear passenger seating area. The silhouettes were slightly obscured by the tinted windows. Agent Velez then noticed that the front passenger appeared nervous as he sat unusually erect. The passenger further had an exhausted and dirty appearance as seen in people after their long harsh walks after crossing the International Border circumventing Border Patrol Agents.

During the time of observations, Agent Velez never saw the driver engaging in conversation with the front passenger and almost seemed to be completely disassociated with him. This appeared odd, but common amongst alien smugglers as they do not know the people in which they are smuggling. Agent Velez notified other SIG Agents of his observations. Agent L. Lopez responded to his location and noticed the same observations as relayed by Agent Velez. Agent Velez ran a registration check on the vehicle and was informed that the vehicle was a prior impound by the California Highway Patrol in San Diego, California. Agent P. Castillo also responded and pulled past the location of the suspect vehicle. Agent Castillo noticed that the driver was keeping close watch of his surroundings and continuously looking into his mirrors as if keeping interest in Agent Velez' vehicle. Agent Castillo further relayed this information. Due to their combined experience in interdicting alien smuggling loads, they believed that this vehicle was being utilized to smuggle illegal aliens. At this time Agent Lopez decided to attempt a vehicle stop and activated his lights and siren.

The vehicle came to a stop on the shoulder of Interstate 15 near the Border Patrol Checkpoint. Agent S. Smith arrived on scene to assist and approached the driver and identified himself as a Border Patrol Agent. Agent Smith questioned the driver, identified as defendant **Mario VERA-Godinez**, as to his immigration status. The defendant stated that he was a national and citizen of Mexico. The defendant further stated that he entered and was currently illegally in the United States without immigration documentation to remain. Agent Lopez approached the passenger side and identified himself as a Border Patrol Agent to the front passenger and three rear passengers that were lying down in the rear passenger seat. Agent Lopez began questioning them as to their citizenship. They all individually stated that they were nationals and citizens Mexico and that they crossed illegally into the United States earlier in the morning. They further stated that they did not possess immigration documentation to allow them to remain in the United States. At approximately 12:00 pm, the defendant and the four occupants were placed under arrest and transported to the Murrieta Border Patrol Station.



CONTINUATION OF COMPLAINT:
Mario VERA-Godinez

**DEFENDANT STATEMENT:**

The defendant was advised of his Miranda rights in the Spanish language and stated that he understood his Miranda rights and was willing to answer questions without the presence of an attorney.

The defendant stated that he does not have United States immigration documents and that he is in the United States illegally. The defendant stated his is a citizen and national of Mexico.

The defendant stated that he borrowed the vehicle from his friend. The defendant stated that he was working on a house near Saturn Street in San Diego, California when he was approached by four people. The defendant stated that the four people asked him for a ride to Santa Ana, California. The defendant stated that he was going to charge the subjects $200.00 dollars U.S.
The defendant also stated that he knew that all four subjects were in the United States illegally.

**MATERIAL WITNESSES STATEMENTS:**

Material witnesses **Juan MARTINEZ-Rangel, Jaime ZAMBRANO-Rodriguez,** and **Elias LOZANO-Rangel** agree in summary that they are citizens and nationals of Mexico illegally present in the United States. They admit to entering the United States illegally. All material witnesses stated that they were going to pay from $2000.00 to $2500.00 to be smuggled into the United States. All the material witnesses were shown a photographic line up and were able to identify the defendant **Mario VERA-Godinez** as the driver.