**TIMOTHY R. GARRISON**
California State Bar No. 228105
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone No. (619) 234-8467
Email: timothy_garrison@fd.org

Attorneys for Mr. Vera-Godinez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 08MJ1289 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| MARIO VERA-GODINEZ, | ) | |
| Defendant. | ) | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Timothy R. Garrison, Federal Defenders of San Diego, Inc., files this Notice of Appearance as counsel in the above-captioned case.

Respectfully submitted,

Dated: April 29, 2008        /s/ *Timothy R. Garrison*
Federal Defenders of San Diego, Inc.
Attorneys for Defendant
Timothy_Garrison@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

    Courtesy Copy to Chambers

    Copy to Assistant U.S. Attorney via ECF NEF

    Copy to Defendant

Dated:  April 29, 2008            /s/ *Timothy R. Garrison*
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA  92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
Timothy_Garrison@fd.org (email)